**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTELLECTUAL VENTURES MANAGEMENT, LLC (United States); INVENTION INVESTMENT FUND I, LP (United States); and INVENTION INVESTMENT FUND II, LLC (United States),<br><br>         Petitioners,<br><br>   v.<br><br>NOKIA CORPORATION (Finland); and NOKIA HOLDINGS USA INC. (United States),<br><br>         Respondents. | Civil Action No. ____ |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**
**OF PETITIONER INVENTION INVESTMENT FUND I**

Pursuant to Federal Rule of Civil Procedure 7.1, Invention Investment Fund I, by its

undersigned counsel, hereby certifies that (1) it does not have a parent company; and (2) it does

not issue stock.

Dated: July 24, 2017.               Respectfully submitted,

               */s/ John C. Phillips, Jr.*
               John C. Phillips, Jr. (Bar No. 110)
               Megan C. Haney (Bar No. 5016)
               PHILLIPS, GOLDMAN, MCLAUGHLIN &
               HALL, P.A.
               1200 North Broom Street
               Wilmington, DE 19806-4204
               Tel:  302.655.4200
               Email: jcp@pgmhlaw.com
                      mch@pgmhlaw.com

               *OF COUNSEL:*

-2-

Martin J. Black
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Tel:  215.994.2664
Email:  martin.black@dechert.com

Richard C. Yarmuth
Diana S. Breaux
Molly A. Terwilliger
YARMUTH WILSDON PLLC
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Tel:  206.516.3800
Email:  yarmuth@yarmuth.com
         dbreaux@yarmuth.com
         mterwilliger@yarmuth.com

*Attorneys for Petitioners*

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system.  I further certify that, on July 24, 2017, I caused Nokia

Corporation and Nokia Holdings USA Inc. be served as indicated below:

**VIA CLERK OF COURT**
Nokia Corporation
Keilalahdentie 4
FIN-02150 Helsinki, Finland

**VIA DELAWARE'S SECRETARY OF STATE**
Nokia Corporation
Keilalahdentie 4
FIN-02150 Helsinki, Finland

**VIA FEDEX**
Nokia Corporation
Nokia Holdings USA Inc.
c/o Randall L. Allen
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

**VIA PROCESS SERVER**
Nokia Holdings USA Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

**VIA PROCESS SERVER**
Nokia Corporation
c/o Nokia Holdings USA Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

*/s/ Megan C. Haney*
Megan C. Haney (No. 5016)

-3-