# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES MANAGEMENT, LLC (United States); INVENTION INVESTMENT FUND I, LP (United States); and INVENTION INVESTMENT FUND II, LLC (United States),<br><br>Petitioners,<br><br>v.<br><br>NOKIA CORPORATION (Finland); and NOKIA HOLDINGS USA INC. (United States),<br><br>Respondents. | Civil Action No. ___ |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT
## OF PETITIONER INVENTION INVESTMENT FUND II

Pursuant to Federal Rule of Civil Procedure 7.1, Invention Investment Fund II, by its undersigned counsel, hereby certifies that (1) it does not have a parent company; and (2) it does not issue stock.

Dated: July 24, 2017.                    Respectfully submitted,

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (Bar No. 110)
Megan C. Haney (Bar No. 5016)
PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806-4204
Tel:  302.655.4200
Email: jcp@pgmhlaw.com
            mch@pgmhlaw.com

*OF COUNSEL:*

-2-

        Martin J. Black
        DECHERT LLP
        Cira Centre
        2929 Arch Street
        Philadelphia, PA 19104-2808
        Tel:  215.994.2664
        Email: martin.black@dechert.com

        Richard C. Yarmuth
        Diana S. Breaux
        Molly A. Terwilliger
        YARMUTH WILSDON PLLC
        1420 Fifth Avenue, Suite 1400
        Seattle, WA 98101
        Tel:  206.516.3800
        Email: yarmuth@yarmuth.com
                dbreaux@yarmuth.com
                mterwilliger@yarmuth.com

        *Attorneys for Petitioners*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I further certify that, on July 24, 2017, I caused Nokia Corporation and Nokia Holdings USA Inc. be served as indicated below:

**VIA CLERK OF COURT**
Nokia Corporation
Keilalahdentie 4
FIN-02150 Helsinki, Finland

**VIA DELAWARE'S SECRETARY OF STATE**
Nokia Corporation
Keilalahdentie 4
FIN-02150 Helsinki, Finland

**VIA FEDEX**
Nokia Corporation
Nokia Holdings USA Inc.
c/o Randall L. Allen
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

**VIA PROCESS SERVER**
Nokia Holdings USA Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

**VIA PROCESS SERVER**
Nokia Corporation
c/o Nokia Holdings USA Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

                                            */s/ Megan C. Haney*
                                            Megan C. Haney (No. 5016)