**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTELLECTUAL VENTURES MANAGEMENT, LLC (United States); INVENTION INVESTMENT FUND I, LP (United States); and INVENTION INVESTMENT FUND II, LLC (United States), | Civil Action No. ___ |
| Petitioners, | |
| v. | |
| NOKIA CORPORATION (Finland); and NOKIA HOLDINGS USA INC. (United States), | |
| Respondents. | |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**
**OF PETITIONER INTELLECTUAL VENTURES MANAGEMENT, LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, Intellectual Ventures Management, LLC, by its undersigned counsel, hereby certifies that (1) it does not have a parent company; and (2) it does not issue stock.

Dated: July 24, 2017.                    Respectfully submitted,

/s/ John C. Phillips, Jr.
John C. Phillips, Jr. (Bar No. 110)
Megan C. Haney (Bar No. 5016)
PHILLIPS, GOLDMAN, MCLAUGHLIN &
HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806-4204
Tel:  302.655.4200
Email: jcp@pgmhlaw.com
          mch@pgmhlaw.com

OF COUNSEL:

Martin J. Black
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Tel:  215.994.2664
Email:  martin.black@dechert.com

Richard C. Yarmuth
Diana S. Breaux
Molly A. Terwilliger
YARMUTH WILSDON PLLC
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Tel:  206.516.3800
Email:  yarmuth@yarmuth.com
        dbreaux@yarmuth.com
        mterwilliger@yarmuth.com

*Attorneys for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system.  I further certify that, on July 24, 2017, I caused Nokia

Corporation and Nokia Holdings USA Inc. be served as indicated below:

**VIA CLERK OF COURT**
Nokia Corporation
Keilalahdentie 4
FIN-02150 Helsinki, Finland

**VIA DELAWARE'S SECRETARY OF STATE**
Nokia Corporation
Keilalahdentie 4
FIN-02150 Helsinki, Finland

**VIA FEDEX**
Nokia Corporation
Nokia Holdings USA Inc.
c/o Randall L. Allen
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

**VIA PROCESS SERVER**
Nokia Holdings USA Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

**VIA PROCESS SERVER**
Nokia Corporation
c/o Nokia Holdings USA Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

*/s/ Megan C. Haney*
Megan C. Haney (No. 5016)