## PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.

JOHN C. PHILLIPS, JR.
ROBERT S. GOLDMAN
LISA C. MCLAUGHLIN
JAMES P. HALL
DAVID A. BILSON
MEGAN C. HANEY

ATTORNEYS AT LAW
PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DE 19806

(302) 655-4200 (P)
(302) 655-4210 (F)

July 24, 2017

John A. Cerino, Clerk of the Court
U.S. District Court – District of Delaware
844 North King Street, Room 4209, Unit 18
Wilmington, DE 19801

      RE:   *Intellectual Ventures Management, LLC, et al. v. Nokia Corporation, et al.*
              *C.A. No. 17-1002-UNA*

Dear Mr. Cerino:

      Pursuant to Fed. R. Civ. P. 4(f)(2)(C)(ii) and 4(h)(2), petitioners in the above-referenced action respectfully request that you address and send via United States Postal Service international registered mail, return, receipt requested, a copy of the enclosed (1) Summons; (2) Motion for Leave to File Its Petition, Motion to Vacate and Supporting Papers Under Seal and Proposed Order; (3) Intellectual Ventures' Petition to Vacate Arbitration Award and Exhibit A; (4) Petitioners' Opening Brief In Support of Petition to Vacate Arbitration Award; (5) Declaration of Diana S. Breaux in Support of Intellectual Ventures' Petition to Vacate Arbitration Award and Petitioners' Opening Brief In Support of Petition to Vacate Arbitration Award (Volume 1 of 2) (Exs. 1-15); (6) Declaration of Diana S. Breaux in Support of Intellectual Ventures' Petition to Vacate Arbitration Award and Petitioners' Opening Brief In Support of Petition to Vacate Arbitration Award (Volume 2 of 2) (Exs. 16-27); (7) Petitioners' Motion to Vacate Final Arbitration Award and Proposed Order; (8) Rule 7.1 Corporate Disclosure Statement of Petitioner Invention Investment Fund I; (9) Rule 7.1 Corporate Disclosure Statement of Petitioner Invention Investment Fund II; (10) Rule 7.1 Disclosure Statement of Petitioner Intellectual Ventures Management, LLC; (11) the Notice/Consent of Availability of a United States Magistrate Judge to Exercise Jurisdiction in the above-referenced case to defendant Nokia Corporation. Nokia Corporation is located at Keilalahdentie 4, FIN-02150 Helsinki, Finland.

      Enclosed herewith is an affidavit of counsel to petitioners attesting to the fact that we have researched service of process in Finland and, to the best of our knowledge, service by mail is an acceptable means of service in that county. Also enclosed is a pre-addressed envelope and the necessary registered receipt for service on defendant Nokia Corporation.

John A. Cerino, Clerk of the Court
July 24, 2017
Page 2

    Once the mailing is complete, we would appreciate your docketing a copy of the signed receipt in accordance with Fed. R. Civ. P. 4(l)(2)(B). Of course, should you have any questions or concerns regarding the foregoing request, counsel are available at the Court's convenience. We appreciate your time and attention to this matter.

Respectfully,

/s/ *John C. Phillips, Jr.*

John C. Phillips, Jr. (#110)