IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES MANAGEMENT, LLC; INVENTION INVESTMENT FUND I, LP and INVENTION INVESTMENT FUND II, LLC <br><br> Petitioners, <br><br> v. <br><br> NOKIA CORPORATION and NOKIA HOLDINGS USA INC., <br><br> Respondents. | C.A. No. 17-1002 (GMS) <br><br> REDACTED - PUBLIC VERSION |

**DECLARATION OF MATTHEW D. RICHARDSON IN SUPPORT OF
ANSWERING BRIEF IN OPPOSITION TO PETITIONERS'
MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO REMAND**

I, MATTHEW D. RICHARDSON, declare under penalty of perjury under 28 U.S.C. § 1746 as follows:

1. I am a partner at Alston & Bird LLP, counsel for Respondents/Cross-Petitioners Nokia Corporation and Nokia US Holdings Inc. (identified in the case caption in this proceeding as "Nokia Holdings USA Inc.") (together, "Nokia") in this action.

2. I submit this declaration in support of Nokia's Answering Brief in Opposition to Petitioners' Motion to Dismiss or, in the Alternative, Motion to Remand ("Opposition").

3. I am familiar with the facts set forth in this declaration, among other reasons, because I served as Nokia's counsel before, during, and after the underlying arbitration proceedings—captioned *Nokia Corporation and Nokia Holdings USA Inc. v. Intellectual Ventures Management, LLC; Invention Investment Fund I, LP; and Invention Investment Fund II, LLC*, International Centre for Dispute Resolution, Case No. 01-16-0002-0133 (c. 01-16-0002-0135) (the "Arbitration").

4. I submit the following exhibits in support of Nokia's Reply:

- <u>Exhibit 1</u>: A true and correct copy of Intellectual Ventures Management, LLC and Invention Investment Fund I, LP's Answer to Notice of Arbitration in the initial, unconsolidated arbitration concerning the IIF1 PLA, ICDR Case No. 01-16-0002-0133.

- <u>Exhibit 2</u>: A true and correct copy of Intellectual Ventures Management, LLC; Invention Investment Fund I, LP; and Invention Investment Fund II's (collectively, "IV") First Requests for Production of Documents to Claimants in the underlying arbitration, ICDR Case No. 01-16-0002-0133 (c. 01-16-0002-0135).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 19, 2017, in Atlanta, Georgia.

_____
Matthew D. Richardson