IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES MANAGEMENT, LLC; INVENTION INVESTMENT FUND I, LP and INVENTION INVESTMENT FUND II, LLC<br><br>Petitioners,<br><br>v.<br><br>NOKIA CORPORATION and NOKIA HOLDINGS USA INC.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 17-1002 (GMS)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SUBSEQUENT ACTIVITY

Respondents Nokia Corporation and Nokia US Holdings Inc. (collectively, "Nokia") wish to bring to the Court's attention pending litigation that implicates this proceeding. Intellectual Ventures II LLC ("Intellectual Ventures"), a related party of Petitioners, has initiated patent infringement lawsuits in France against French telecommunication network operators (Docket Nos. 17/13838 & 17/13839). Those lawsuits specifically target certain telecommunications products supplied by Nokia subsidiary Alcatel-Lucent. Pursuant to the Decision and Final Award that is the subject of the pending Motion for Confirmation in this Court, Intellectual Ventures licensed the patent asserted in the French litigation (EP 1 694 020) to Nokia Corporation and Alcatel-Lucent.

Because the products supplied by Alcatel-Lucent are covered by a license granted by Intellectual Ventures, they cannot infringe the patent Intellectual Ventures has asserted in France. Alcatel-Lucent has informed Intellectual Ventures of this fact and requested that it acknowledge that the products supplied by Nokia and/or Alcatel-Lucent are covered by a license and cannot be the subject of infringement claims. That request remains unanswered.

- 2 -

Alcatel-Lucent has also requested that the French court stay proceedings in those cases until the final outcome of this action because this Court's denial of Petitioners' Motion to Vacate the Decision and Final Award (and/or confirmation of the Decision and Final Award) would lead to the necessary conclusion that the products supplied by Alcatel-Lucent are covered by the license granted by Intellectual Ventures to Nokia. (*See* Exhibits A-B.)

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

_____
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com

*Attorneys for Respondents Nokia Corporation and Nokia US Holdings Inc.*

OF COUNSEL:

Randall L. Allen
Matthew D. Richardson
Kristen K. Bromberek
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
(404) 881-7000

July 5, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 5, 2018, upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Esquire<br>Megan C. Haney, Esquire<br>PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806-4204<br>*Attorneys for Petitioner* | *VIA ELECTRONIC MAIL* |
| Martin J. Black, Esquire<br>DECHERT LLP<br>Circa Centre<br>2929 Arch Street<br>Philadelphia, PA  19104<br>*Attorneys for Petitioner* | *VIA ELECTRONIC MAIL* |
| Richard C. Yarmuth, Esquire<br>Diana S. Breaux, Esquire<br>Molly A. Terwilliger, Esquire<br>YARMUTH WILSDON PLLC<br>1420 Fifth Avenue, Suite 1400<br>Seattle, WA  98101<br>*Attorneys for Petitioner* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)