# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES MANAGEMENT, LLC; INVENTION INVESTMENT FUND I LP; AND INVENTION INVESTMENT FUND II, LLC<br><br>Petitioners,<br><br>v.<br><br>NOKIA CORPORATION AND NOKIA HOLDINGS USA INC.,<br><br>Respondents. | Case No. 1:17-cv-01002-CFC |

## JOINT STATUS REPORT

Petitioners/Cross-Respondents Intellectual Ventures Management, LLC; Invention Investment Fund I LP; and Invention Investment Fund II, LLC (collectively, "IV") and Respondents/Cross-Petitioners Nokia Corporation and Nokia US Holdings Inc.[1] (collectively, "Nokia") submit this Joint Status Report pursuant to the Court's September 24, 2018 Order. The parties state as follows:

1. There are three motions pending before the Court, all relating to the challenge or confirmation of a single arbitration award: (i) IV's Motion to Vacate Final Arbitral Award, (D.I. 3); (ii) Nokia's Cross-Petition to Confirm Arbitral Award, (D.I. 30); and (iii) IV's Motion to Dismiss for Lack of Subject Matter Jurisdiction, (D.I. 46).

2. **IV's Motion to Vacate.** On July 24, 2017, IV filed a motion to vacate the final award issued in the arbitration between Nokia and IV captioned *Nokia Corporation and Nokia Holdings USA Inc. v. Intellectual Ventures Management, LLC; Invention Investment Fund I, LP; and*

---

[1] It is IV's position that Nokia US Holdings Inc. was not a party to the arbitration, and further that this entity is not a proper party to these proceedings.

*Invention Investment Fund II, LLC*, International Centre for Dispute Resolution, Case No. 01-16-0002-0133 (c. 01-16-0002-0135), under 9 U.S.C. § 10(a)(3) and (4) and 9 U.S.C. § 207. (D.I. 3). Nokia filed its Answering Brief on August 21, 2017, (D.I. 28), and IV replied on September 5, 2017, (D.I. 34).

3. **Nokia's Cross-Petition to Confirm.** At the same time Nokia filed its Answering Brief to IV's Motion to Vacate, Nokia filed a Cross-Petition to Confirm Arbitral Award. (D.I. 30). IV filed its Answering Brief on September 5, 2017, (D.I. 35), and Nokia replied on September 19, 2017, (D.I. 41).

4. **IV's Motion to Dismiss.** Then, on October 5, 2017, IV moved to dismiss Nokia's Cross-Petition to Confirm Arbitral Award under Fed. R. Civ. P. 12(b)(1), with respect to claims relating to one of the two contracts at issue in the arbitration. (D.I. 46). Nokia filed its Answering Brief on October 19, 2017, (D.I. 52), and IV replied on October 31, 2017, (D.I. 57).

5. Nokia filed a Notice of Subsequent Activity on July 5, 2018, notifying the Court that ongoing litigation in France implicated the proceedings before this Court and that Nokia's subsidiary, Alcatel-Lucent, had requested a stay of the French court proceedings until the final outcome of this action. (D.I. 60). A final hearing on that motion is scheduled for December 19, 2018.

6. IV has requested oral argument on IV's Motion to Vacate Final Arbitral Award, (D.I. 40), Nokia's Cross-Petition to Confirm Arbitral Award, (D.I. 45), and IV's Motion to Dismiss for Lack of Subject Matter Jurisdiction, (D.I. 59).

7. The parties agree that briefing on the three motions pending before the court is complete. (*See* D.I. 4, 28, 34, 30, 35, 41, 47, 52, 57). IV believes the next event the Court needs to schedule is oral argument on the parties' pending motions. Nokia believes that oral argument

is unnecessary to resolve the straightforward issues before the Court, which it believes can and should be resolved on the papers. Nevertheless, Nokia is available should the Court determine that oral argument would be helpful.

Dated: October 9, 2018

| | |
|---|---|
| */s/ John C. Phillips, Jr.* | */s/ Jack B. Blumenfeld* |
| John C. Phillips, Jr. (#110) | Jack B. Blumenfeld (#1014) |
| Megan C. Haney (#5016) | Jeremy A. Tigan (#5239) |
| PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| 1200 North Broom Street | 1201 North Market Street |
| Wilmington, DA 19806-4204 | P.O. Box 1347 |
| (302) 655-4200 | Wilmington, DE 19899 |
| jcp@pgmhlaw.com | (302) 658-9200 |
| mch@pgmhlaw.com | jblumenfeld@mnat.com |
| | jtigan@mnat.com |
| Martin J. Black | Randall L. Allen |
| DECHERT LLP | Matthew D. Richardson |
| Cira Centre | Kristen K. Bromberek |
| 2929 Arch Street | ALSTON & BIRD LLP |
| Philadelphia, PA 19104-2808 | One Atlantic Center |
| (215) 994-2664 | 1201 West Peachtree Street, Suite 4900 |
| martin.black@dechert.com | Atlanta, GA 30309 |
| | (404) 881-7000 |
| Richard C. Yarmuth | randall.allen@alston.com |
| Diana S. Breaux | matt.richardson@alston.com |
| Molly A. Terwilliger | kristen.bromberek@alston.com |
| YARMUTH WILSDON PLLC | |
| 1420 Fifth Avenue, Suite 1400 | *Attorneys for Respondents Nokia* |
| Seattle, WA 98101 | *Corporation and Nokia US Holdings Inc.* |
| (206) 516-3800 | *(previously identified as Nokia Holdings* |
| yarmuth@yarmuth.com | *USA Inc.)* |
| dbreaux@yarmuth.com | |
| mterwilliger@yarmuth.com | |

*Attorneys for Petitioners Intellectual Ventures Management, LLC; Invention Investment Fund I LP; and Invention Investment Fund II, LLC*