# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES MANAGEMENT, LLC; INVENTION INVESTMENT FUND I LP; AND INVENTION INVESTMENT FUND II, LLC<br><br>      Petitioners,<br><br>v.<br><br>NOKIA CORPORATION AND NOKIA HOLDINGS USA INC.,<br><br>      Respondents. | Case No. 1:17-cv-01002-CFC |

## NOTICE OF CHANGE OF LAW FIRM

PLEASE TAKE NOTICE that Diana S. Breaux, counsel for Intellectual Ventures Management, LLC (United States); Invention Investment Fund I, LP (United States); and Invention Investment Fund II, LLC (United States) in the above-captioned matter, is no longer affiliated with Yarmuth Wilsdon PLLC.  Ms. Breaux is now a Principal with the law firm of Garvey Schubert Barer, P.C., located at 1191 Second Avenue, 18th Floor, Seattle, WA 98101, tel. (206) 464-3939, fax (206) 464-0125, dbreaux@gsblaw.com.

Dated:  November 28, 2018

PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.

*/s/ Megan C. Haney*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE  19806
(302) 655-4200
jcp@pgmhlaw.com
mch@pgmhlaw.com