IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES MANAGEMENT, LLC; INVENTION INVESTMENT FUND I, LP and INVENTION INVESTMENT FUND II, LLC<br><br>Petitioners,<br><br>v.<br><br>NOKIA CORPORATION and NOKIA HOLDINGS USA INC.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 17-1002 (CFC)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SUBSEQUENT ACTIVITY**

Respondents Nokia Corporation and Nokia US Holdings Inc. (collectively, "Nokia") submit this Notice of Subsequent Activity to advise the Court of a recent development in a related patent infringement case that has now been stayed pending this Court's decision on Petitioners' motion to vacate the Decision and Final Award.

On July 5, 2018, Respondents notified the Court of pending litigation in France that implicates this action (D.I. 60). Specifically, Intellectual Ventures II LLC ("Intellectual Ventures"), a related party to Petitioners, had initiated patent infringement lawsuits in France against French telecommunication network operators (Docket Nos. 17/13838 & 17/13839). Those lawsuits target certain telecommunications equipment supplied by Nokia subsidiary Alcatel-Lucent. Pursuant to the Decision and Final Award that is the subject of the pending Motion for Confirmation in this Court, Intellectual Ventures licensed the patent asserted in the French litigation (EP 1 694 020) to Nokia Corporation and (through the validly granted sublicense) to Alcatel-Lucent, eliminating Intellectual Ventures' infringement claims against Alcatel-Lucent-supplied equipment.

Because this Court's denial of Petitioners' motion to vacate the Decision and Final Award would conclusively provide Alcatel-Lucent with a license defense in the French proceedings, Alcatel-Lucent requested a stay of those proceedings until the final outcome of this action. On February 15, 2019, the French court ordered a stay of proceedings between Intellectual Ventures II, the network operators, and Alcatel-Lucent concerning the Alcatel-Lucent-supplied equipment "pending the final decision to be issued by the Delaware court regarding the validity of the sub-license granted by Nokia to its subsidiary Alcatel-Lucent."

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

_____
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com

*Attorneys for Respondents Nokia Corporation and Nokia Holdings USA Inc.*

OF COUNSEL:

Randall L. Allen
Matthew D. Richardson
Kristen K. Bromberek
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
(404) 881-7000

February 25, 2019

# CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 25, 2019, upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Esquire<br>Megan C. Haney, Esquire<br>PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806-4204<br>*Attorneys for Petitioner* | *VIA ELECTRONIC MAIL* |
| Martin J. Black, Esquire<br>DECHERT LLP<br>Circa Centre<br>2929 Arch Street<br>Philadelphia, PA  19104<br>*Attorneys for Petitioner* | *VIA ELECTRONIC MAIL* |
| Richard C. Yarmuth, Esquire<br>Molly A. Terwilliger, Esquire<br>YARMUTH WILSDON PLLC<br>1420 Fifth Avenue, Suite 1400<br>Seattle, WA  98101<br>*Attorneys for Petitioner* | *VIA ELECTRONIC MAIL* |
| Diana S. Breaux, Esquire<br>GARVEY SCHUBERT BARER, P.C.<br>1191 Second Avenue, 18th Floor<br>Seattle, WA  98101<br>*Attorneys for Petitioner* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)