IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES MANAGEMENT, LLC; INVENTION INVESTMENT FUND I, LP and INVENTION INVESTMENT FUND II, LLC<br><br>Petitioners,<br><br>v.<br><br>NOKIA CORPORATION and NOKIA HOLDINGS USA INC.,<br><br>Respondents. | C.A. No. 17-1002 (CFC) |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by Petitioners Intellectual Ventures Management, LLC, Invention Investment Fund I, LP and Invention Investment Fund II, LLC (collectively, "Petitioners") and Respondents Nokia Corporation and Nokia US Holdings Inc. (collectively, "Respondents"), by and through their undersigned counsel, and subject to the approval of the Court, that pursuant to Federal Rule of Civil Procedure 41(a)(1), all claims brought by Petitioners in this action are dismissed with prejudice, with each party to bear its own costs and attorneys' fees in this action.[1] Petitioners and Respondents further stipulate and agree that: (i) Respondents' Cross-Petition to Confirm Arbitral Award (D.I. 30) is unaffected by this dismissal; (ii) Petitioners withdraw any opposition to Respondents' Cross-Petition to Confirm Arbitral Award (including D.I. 35); (iii) Petitioners withdraw their Motion to Dismiss for Lack of Jurisdiction Over the Subject Matter (D.I. 46); and (iv) Petitioners and Respondents agree that

---

[1] Specifically, Petitioners and Respondents agree that the claims contained within Petitioners' Petition to Vacate Final Arbitration Award (D.I. 2) and Motion to Vacate Final Arbitration Award (D.I. 3) are hereby dismissed with prejudice.

Respondents' Unopposed Cross-Petition to Confirm Arbitral Award (D.I. 30) should be granted and Respondents' arbitration award confirmed.

| PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Megan C. Haney* | */s/ Jack B. Blumenfeld* |
| John C. Phillips (#110)<br>Megan C. Haney (#5016)<br>1200 N. Broom Street<br>Wilmington, DE 19806-4204<br>(302) 655-4200<br>jcp@pgmhlaw.com<br>mch@pgmhlaw.com | Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jtigan@mnat.com |
| *Attorneys for Petitioners* | *Attorneys for Respondents* |

April 26, 2019

**IT IS SO ORDERED** this \_\_\_\_ day of _____, 2019.

_____
The Honorable Colm F. Connolly
United States District Court Judge